UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-CR-96 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| THOMAS HOLLAND ) | |

**O R D E R**

On July 17, 2014, Defendant moved for a psychiatric examination. United States Magistrate Judge Susan K. Lee granted Defendant's motion and ordered a mental health evaluation (Court File No. 32). The findings of the sealed forensic report show Defendant is currently competent to stand trial (Court File No. 40).

Based upon this information, Magistrate Judge Lee has submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to understand the nature and consequences of the proceedings against him, able to assist in his defense, and competent to proceeding with sentencing in this matter (Court File No. 39). Neither party filed an objection. Therefore, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's R&R (Court File No. 39), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to understand the nature and consequences of the proceedings against him, able to assist in his defense, and competent to proceeding with sentencing in this matter.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**